Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Avenue
(806) 748-1980  Phone
(806) 748-1956  Fax

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:

LAURENCE VICTOR PERRIGO

CASE NO: 09-70165-HDH-13
HEARING DATE:  1/20/2010
HEARING TIME:  11:00 AM

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (if required)

NOW COMES Walter O'Cheskey, Chapter 13 Trustee, and files this Proposed Trustee's Recommendation Concerning Claims and Plan Modification (if required) in accordance with Bankruptcy Rule 3007 and General Order 2006-08 and would respectively show unto to the Court as follows:

### I.
### OBJECTION -- NO PROOF OF CLAIM FILED

The following creditors were scheduled by the Debtor(s).  No Proof of Claim has been filed by them or on their behalf, as required by Bankruptcy Rule 3002(a).  The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed.  Therefore the claims should be DISALLOWED.

| Trustee Clm# | Creditor Name | Scheduled Amount | Trustee Clm# | Creditor Name | Scheduled Amount |
|---|---|---|---|---|---|
| 012 0 U * | GLOBAL CREDIT & COLLECTION CORP | $0.00 | 013 0 U * | IC SYSTEM | $0.00 |
| 015 0 U * | VANTAGE SOURCING | $0.00 | 018 0 U | WASHINGTON MUTUAL PROVIDIAN | $4,214.00 |

### II.
### SPECIFIC OBJECTIONS

No Objections

### III.
### TRUSTEE'S RECOMMENDATIONS CONCERNING ALLOWED CLAIMS

The Trustee hereby recommends the ALLOWANCE of the following claims for the amount and in the class as listed below.

| Trustee Claim # | Creditor | Collateral / Description | Claim Amount | Value | % | Term | Paid / Treated |
|---|---|---|---|---|---|---|---|
| **SECURED CREDITORS** | | | | | | | |
| 008 0 | WACHOVIA DEALER SERVICES | 2008 ECLIPSE/WACHOVIA DEALER | $17,629.03 | $18,000.00 | 10.00% | 60 | $430.91 PAID BY TRUSTEE |
| | Extended term from 58 to 60 months. See modification below. | | | | | | |
| 017 0 * | WACHOVIA CARD SERVICES | PURCHASES | $6,006.68 | $6,006.68 | 8.00% | 60 | $149.23 PAID BY TRUSTEE |
| | Debt provided unsecured, but claim filed secured. See modification below. | | | | | | |

**UNSECURED GENERAL CREDITORS**

| Trustee Clm# | Creditor Name | Claim Amount | Trustee Clm# | Creditor Name | Claim Amount |
|---|---|---|---|---|---|
| 009 0 U | CAPITAL 1 BANK | $3,986.70 | 010 0 U | ECAST SETTLEMENT CORPORATION | $4,422.05 |
| | PURCHASES | | | PURCHASES/CHASE BANK | |
| 011 0 U | PREMIER BANKCARD /CHARTER | $427.41 | 014 0 U * | AMERICAN INFOSOURCE LP | $185.14 |
| | PURCHASES | | | SERVICES/T-MOBILE | |
| 016 0 U | VERIZON WIRELESS | $247.48 | | | |
| | SERVICES | | | | |

If the Trustee's recommendation concerning any claim differs from the amount indicated in a creditor's Proof of Claim, the recommendation is deemed an objection to such claim.  Unless a timely reponse or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount and in the class indicated.

Any proposed changes by the Debtor that extends the term or lowers the interest rate as to any secured claim

contained in the confirmed Plan must be set out in a Debtor's Objection or Response to the Trustee's Recommendation Concerning Claims and noticed to the affected creditor in the absence of a letter agreement between the Debtor and the affected creditor.

## IV.

## **TRUSTEE'S PLAN MODIFICATION**

Pursuant to 11 U.S.C. Section 1329, and in accordance with General Order 2006-08 Section 8, the Trustee requests the following Modification of Debtor's(s') Confirmed Plan, subject to feasibility herein:

Trustee's Modification is as follows:

The secured claim filed by Wachovia in the amount of $6,006.68 shall be valued at $6,006.68 and paid through the plan at 8% interest over 60 months with a payment of $149.23 per month.

All creditors shall be treated over a 60 month plan.

Debtor's plan term shall be extended from 58 to 60 months. Debtor shall pay $489 per month beginning May 2009 for 9 months; then Debtor shall pay $645 per month beginning February 2010 for the remaining 51 months for a total 60 month plan base amount of $37,296.00.

/s/ Walter O'Cheskey

_____

Walter O'Cheskey
Chapter 13 Trustee

IF AN OBJECTION IS FILED, A HEARING WILL BE HELD 1/20/2010 AT 11:00 AM CONCERNING THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS, OBJECTION TO CLAIMS AND PLAN MODIFICATION (IF REQUIRED) (TRCC) AT THE FOLLOWING LOCATION:

VIDEO:  US COURTHOUSE ROOM 208, 10TH & LAMAR STREETS, WICHITA FALLS, TEXAS 76301

A PRE-HEARING CONFERENCE WITH THE TRUSTEE SHALL BE HELD AT THE SAME LOCATION AT 08:30 AM. ALL PARTIES ARE REQUIRED TO ATTEND THE PREHEARING CONFERENCE.  ANY OBJECTIONS TO THE PLEADINGS NOT RESOLVED OR DEFAULTED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE COURT AT THE HEARING DATE AND TIME ABOVE.  TO BE CONSIDERED, ANY OBJECTION OR RESPONSE MUST BE MADE IN WRITING, SERVED ON ALL EFFECTED CREDITORS AND FILED WITH THE COURT WITHIN THIRTY (30) DAYS FROM THE DATE OF SERVICE.

PURSUANT TO GENERAL ORDER 2006-08 SECTION 8(C), UNLESS AN OBJECTION IS TIMELY FILED AS TO THE TREATMENT OF ANY CLAIM OR MODIFICATION, THE CLAIM OR MODIFICATION WILL BE ALLOWED OR APPROVED AS DESCRIBED IN THE TRCC AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES.

/s/ Walter O'Cheskey
_____

Walter O'Cheskey
Chapter 13 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) and Notice of Hearing and Pre-Hearing Conference on Trustee's Recommendation Concerning Claims, Objection to Claims and Plan Modification (if required) was this date served on the following parties electronically or at the addresses listed below by U.S. First Class mail:

Date:   11/20/2009                                                                /s/ Walter O'Cheskey

_____
Walter O'Cheskey
Chapter 13 Trustee

```
AMERICAN INFOSOURCE LP T MOBILE/T MOBILE USA INC PO BOX 248848 OKLAHOMA CITY OK 73124
CAPITAL 1 BANK ATTN: C/O TSYS DEBT MANAGEMENT PO BOX 5155 NORCROSS GA 30091
CHASE CC ATTENTION BANKRUPTCY DEPARTMENT PO BOX 15298 WILMINGTON DE 19850
ECAST SETTLEMENT CORPORATION PO BOX 35480  NEWARK NJ 07193
FIRST PREMIER BANK PO BOX 5524  SIOUX FALLS SD 57117
GLOBAL CREDIT & COLLECTION CORP PO BOX 101928 DEPT 2417  BIRMINGHAM AL 35210
IC SYSTEM PO BOX 64378  ST PAUL MN 55164
INTERNAL REVENUE SERVICE PO BOX 21125  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE PO BOX 21126  PHILADELPHIA PA 19114
INTERNAL REVENUE SERVICE SPECIAL PROCEDURES 1100 COMMERCE ST MC 5027DAL DALLAS TX 75242
LAURENCE VICTOR PERRIGO 402 W BELKNAP  JACKSBORO TX 76458
LAW OFFICE OF MITCHELL N KAY 7 PENN PLAZA  NEW YORK NY 10001
MONTE J WHITE ATTORNEY AT LAW 1106 BROOK AVE HAMILTON PLACE WICHITA FALLS TX 76301
PREMIER BANKCARD /CHARTER PO BOX 2208  VACAVILLE CA 95696
UNITED STATES ATTORNEY 801 CHERRY STREET UNIT 4  FT WORTH TX 76102
US ATTORNEY ATTORNEY IN CHARGE 1100 COMMERCE 3RD FLOOR DALLAS TX 75242
US ATTORNEY GENERAL 10TH ST & CONSTITUTION AVE  WASHINGTON DC 20530
VANTAGE SOURCING PO BOX 660108  DALLAS TX 75266
VERIZON WIRELESS PO BOX 105378  ATLANTA GA 30348
VERIZON WIRELESS PO BOX 3397  BLOOMINGTON IL 61702
WACHONIA BANK PO BOX 3117  WINSTON SALEM NC 27102
WACHOVIA CARD SERVICES BANKRUPTCY DEPT VA7359 PO BOX 13765 ROANOKE VA 24037
WACHOVIA DEALER SERVICES PO BOX 19657  IRVINE CA 92623
WACHOVIA DEALER SERVICES PO BOX 25341  SANTA ANA CA 92799
WASHINGTON MUTUAL PROVIDIAN ATTN BANKRUPTCY DEPT PO BOX 10467 GREENVILLE SC 29603
WFS FINANCIAL 2143 CONVENTION CENTER WAY NO 200 ONTARIO CA 91764
WILLIAM T NEARY UNITED STATES TRUSTEE 1100 COMMERCE STREET RM 976 DALLAS TX 75242
```