

Bankruptcy Department
P.O. Box 6700
Rancho Cucamonga, CA 91729
888-875-9372
Fax: 909-945-6503

12/12/09

Name: U. S. Bankruptcy Court
Address: 1100 Commerce St.Rm 12A24
City, ST ZIP: Dallas, TX 75242

Debtor(s): PERRIGO,LAURENCE V
Case #: 09-70165

Dear U. S. Bankruptcy Court:

Please accept this letter as confirmation that we have withdrawn our Proof of Claim # 1 FILED 4/23/09.

At Wachovia Dealer Services, Inc. we are committed to exceptional service. If you have any questions, please call me at 909-974-6000 extension 66580. Personal service is available to you Monday through Friday from 8 a.m. to 5 p.m. PT.

Sincerely,

Wachovia Dealer Services, Inc.

OF/LTR-270 (12/30/08)